JS-6

FILED
CLERK, U.S. DISTRICT COURT
NOV 10, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ACEVEDO, et al., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOS ANGELES and DOES 1 through 10, <br><br> Defendant. | Case No.: CV14-5661 GHK (PJWx) <br><br> Complaint Filed: July 21, 2014 <br><br> **JUDGMENT AND ORDER RE: APPROVAL OF SETTLEMENT AGREEMENT JUDGMENT AND DISMISSAL WITH PREJUDICE** <br><br> Date: November 9, 2015 <br> Time: 9:30 a.m. <br> Courtroom: 650 - Roybal <br> 255 East Temple Street <br> Los Angeles, CA 90012 |

On November 9, 2015, Defendant City of Los Angeles ("City") moved the Court for approval of the Settlement Agreement between the City and 20 Plaintiffs in 18 actions listed below. This Court considered the moving papers, including the Settlement Agreement that was attached as Exhibit "1" to the Declaration of Geoffrey Sheldon, the City's Request for Judicial Notice, and all other documents submitted in relation to the motion, as well as oral argument by counsel.

///

///

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

This Court hereby GRANTS the City's motion. The Settlement Agreement is approved as fair, reasonable and appropriate in all aspects as to the 20 Plaintiffs in the following 18 actions:

1. Abordo, Troy, U.S.D.C. Case No. CV 14-5640 R (AJWx);
2. Abrams, Andre, U.S.D.C. Case No. CV 14-5646 ODW (SHx);
3. Abucejo, Benny, U.S.D.C. Case No. CV 14-5666 GW (MRWx);
4. Acevedo, Victor, U.S.D.C. Case No. CV 14-5661 GHK (PJWx);
5. Acosta, Efren, U.S.D.C. Case No. CV 14-5682 R (AJWx);
6. Agard, Randolph, U.S.D.C. Case No. CV 14-5668 PSG (JCx);
7. Agbanawag, Roy, U.S.D.C. Case No. CV 14-5649 R (AJWx);
8. Aguilar, Juan, U.S.D.C. Case No. CV 14-5633 PSG (JCx);
9. Aguirre, Horatio, U.S.D.C. Case No. CV 14-5659 CBM (SSx);
10. Alaniz, Guadalupe, U.S.D.C. Case No. CV 14-5658 PSG (MRWx);
11. Aldaz, Ismael, Sr., U.S.D.C. Case No. CV 14-05642 CAS (SSx);
12. Alexander, Fredger, U.S.D.C. Case No. CV 14-5645 CBM (SSx);
13. Aragon, Mark, U.S.D.C. Case No. CV 14-5631 R (AJWx);
14. Archambault, Roger, U.S.D.C. Case No. CV 14-5660 FMO (VBKx);
15. Armstead, Camille, U.S.D.C. Case No. CV 14-5675 MMM (CWx);
16. Coward, Carolyn, U.S.D.C. Case No. CV 14-5676 DMG (JCx);
17. Alaniz, Roberto, U.S.D.C. Case No. CV 04-8592 AG (AJWx);
18. Halliburton, Charles D., U.S.D.C. Case No. CV 04-8592 AG (AJWx);
19. Merkins, Manfred G., U.S.D.C. Case No. CV 04-8592 AG (AJWx); and
20. Mata, Cesar, U.S.D.C. Case No. CV 07-06782 AG (AJWx).

**IT IS FURTHER ORDERED AND DECREED THAT:**

    A.    The Parties shall perform the Settlement Agreement in accordance with its terms;

    B.    Judgment shall be entered in the 18 actions listed above, and these 18 actions shall be dismissed in their entirety with prejudice; and

1    C. This Court expressly reserves jurisdiction with respect to these
2 18 actions for the purposes of enforcing the Settlement Agreement and any motion
3 for attorneys' fees and costs.

Dated:   11/10/15               _____
                                Honorable George K. King
                                Chief Judge of the United States District Court