

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

December 11, 2015

| | |
|---|---|
| No.: | 15-56899 |
| D.C. No.: | 2:14-cv-05661-GHK-PJW |
| Short Title: | Victor Acevedo, et al v. City of Los Angeles |

Dear Appellants/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 11 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VICTOR ACEVEDO,<br><br>        Plaintiff,<br><br>and<br><br>EVERARDO AMARAL; ANDREAS AN; DANIEL ANDERSEN; MARK ARAGON; FRANCISCO ARREDONDO; JUAN ARROYO; JOHN AVALOS; KEITH BACON; JOHN BANUELOS; JAY BATSON; JESUS BAZAN; TODD BEHRENS; ALBERT BERTIERE; RICHARD BERTOLDO; GIOVANNI BOCCANFUSO; MICHEL BONILLA; TODD BRACHT; JASON BURCHAM; JEFFREY BURNLEY; ROBERT CALZADILLAS; BRIAN CAMPAGNA; JOSE CARIAS; CESAR CHAVEZ; BRETT CLARK; THOMAS CLEARY; WILLIAM CORONA; JAMES CRAWFORD; OSSIE CRENSHAW; EDWARD CROCKETT; ANDRES CRUZ; EDGAR CRUZ; JOSEPH CRUZ; JUAN CRUZ; MARIO CRUZ; RAQUEL CRUZ; CHRISTOPHER CURRY; LUCIEN DAIGLE; THOMAS DAVOREN; RUDY DE LA FUENTE; GREGORY DEBES; LUIS DELACRUZ; OSVALDO | No. 15-56899<br><br>D.C. No. 2:14-cv-05661-GHK-PJW<br><br>U.S. District Court for Central California, Los Angeles<br><br>**TIME SCHEDULE ORDER** |

DELGADILLO; WAYNE DEVEY; ROBERT DONALDSON; CELESTE DULA; MICHAEL DUNN; AMIR ELFARRA; TANYA EPPENGER-CAMPBELL; HECTOR ESPARZA; ABEL ESTOPIN; AUSTIN FERNALD; MICHAEL FERNANDEZ; MARIO FLORES; ROGER FONTES; MICHAEL FOX; ERIC FUKUTE; PATRICIA FULLER; ERIN GABALDON; HEATHER GAGEBY; DANIEL GARCIA; GRACE GARCIA; RUBEN GARCIA; GABRIEL GAXIOLA; JOSEPH GETHERALL; GREGORY GLODERY; STEVEN GOMEZ; JUAN GONZALEZ; RIGOBERTO GONZALEZ; SEAN GONZALEZ; MICHAEL GRAHAM; STEVE GRIFFIN; DAVID GUITERMAN; JORGE GUTIERREZ; JAMES HAGERTY; HAROLD HALLIN; CHARLES HALLIBURTON; DAVID HARRISON; JOHN HATFIELD; DWAYNE HAYDEL; ERIC HERMANN; NATHAN HERNANDEZ; RYAN HICKS; PATRICK HIGA; RHONDA HOWARD; ELBERT W. HUGHES, Jr.; MARIO JACINTO; GREGORY JACKS; MARK JACKSON; PHILLIP JACKSON; HUMBERTO JAIME; RUBEN JIMENEZ; MATTHEW JONES; HAL JONES, Jr.; JAMES KAISER; TIMOTHY KALKUS; ALLEN KAMAL; JOHN KENT; MICHAEL KNOKE; ALLAN KRISH; IRMA KRISH; TRAVIS KUPKA; MITCHELL LAMBDIN; SEAN LAULE; MARK LEE; PAUL LEHMAN; JOAN LEUCK; JOHN LICATA, Jr.; JOSEPH LINARES;

RAFAEL LOMELI; LETICIA LOPEZ; DEANN MALTOS; MARVIN MANCIA; RAYMOND MARQUEZ; JAMES MARSHALL; DANIEL MARTIN; MICHAEL MARTINEZ; RICHARD MCCAULEY; DOUGLAS MCCOMBS; ANGELA MCGEE; MICHAEL MCLANN; CRAIG MCLAREN; TIMOTHY MCRATH; JASON MEILLEUR; ALONSO MENCHACA; MANFRED MERKENS; STEPHEN MERRIN; MICHAEL MIRACLE; BRYAN MIVELAZ; TRISHA MIVELAZ; MARJAN MOBASSER; ANDREW MOODY; CHARLES MOORE; ALBERT MORA; JOSEPH MUELLER; ABEL MUNOZ; ALVARO NAVARRO; JOANNA NEEDHAM; BRUCE NELSON; MINH NGUYEN; JAMES NOSS; DAVID NUNN; RICHARD OKE; LEONARDO OLEA; RICARDO OLIVA; ADAM O'NEILL; OSCAR ONTIVEROS; MICHAEL OPPELT; DONALD ORNELAS; ANTHONY ORTIZ; MONILACKTENA OUAHDI; DANA OVIATT; YOUNG PAK; ROSEANNE PARINO; JUAN PEREIDA; EDUARDO PEREZ; LEE PERRY; DAVID PETERSEN; JOSEPH POLLACK; RAUL PORRAS; RYAN POWELL; FRANK PRECIADO; WARREN PULLEY; HUY QUACH; JAMES QUINONES; ANTONIO RAMIREZ; ROLAND RAMIREZ; PEDRO REYES; ROBIN RICHARDS; PABLO RIVERA; JACK III RIZZOTTO; ERWIN ROCHA; RICK RODGERS; JOAQUIN RODRIGUEZ, Jr.; HENRY

ROMERO; TIMOTHY RUIZ; MANUEL RUMION; DAVID SABEDRA; DARRELL SANCHO; ROGELIO SANDOVAL; DARRELL SANOMO; BRAIN SCHMIDER; MICHAEL SCHNEIDER; PAUL SCIARRILLO, Jr.; DARYL SCOGGINS; RUTHANN SCOTT; TERRI SCOTT; ROCKY SHERWOOD; JOHN SHIN; CESAR SILVA; DONALD SINGER; ANTHONY SMITH; EUGENE SMITH; KAREN SMITH; JESSE SOLTERO; GREGORY SOUTHERN; FRANCINE SPADA; JEFFREY SPANGLER; SVEN STEFFENSEN; ANGELO STEWART; JEFFREY STEWART; JODY STIGER; SHAD STILKEY; THOMAS STONE; PATRICIA SUAREZ; JONATHAN SUGAR; RICHARD SUVIATE; JAMES SWIFT, III; FABIO TAGLIERI; JOHN TALBOT; GERARDO TERRAZAS; PHILIP THOMPSON; JOSEPH YAMZON; JAIME ZARATE; JAMES THORNTON; PEGGY THUSING; CHARLES TIZANO; EMILY TOMLIN; PEDRO TORRES; TIMOTHY TOTH; FREDERICK TREDY TREDY; ANGELA TRIMINO; JACK TUCK; BRIAN TYNDALL; ADAN URENA; ONAM URENA; CHARLES URSO; MIGUEL VACA; MIGUEL VALLEJO; RITA VALLEJO; RAYMOND VALOIS; FELIPE VASQUEZ; ELIZABETH VEASCO; PIERRE VIEILLEMARINGE; D. MICHELE VROLYKS; JUDE WASHINGTON; DONNA WATKINS; GARY WELLER; STANLEY

WIEDENHAUPT; TIMOTHY WIENCKOWSKI; SHELBY WILCOX; SCOTT WILHELM; CLARENCE WILLIAMS; MATTHEW WILLIAMS; MICHAEL WILLIAMS; TROY WILLIAMS; DEBRA WINTER; JOE WITTY; JOHN WONG; MICHAEL WOODINGS; MIGUEL DOMINGUEZ,

   Plaintiffs - Appellants,

 v.

CITY OF LOS ANGELES,

   Defendant - Appellee.

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Fri., December 18, 2015** | Mediation Questionnaire due. If your registration for Appellate ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Mon., January 11, 2016** | Transcript shall be ordered. |
| **Mon., April 11, 2016** | Transcript shall be filed by court reporter. |
| **Mon., May 23, 2016** | Appellants' opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |
| **Wed., June 22, 2016** | Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |

The optional appellants' reply brief shall be filed and served within fourteen days of service of the appellee's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.

**Failure of the appellants to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Jennifer Nidorf
Deputy Clerk